BENJAMIN B. REYNOLDS *et al.*, Appellants, *v.* CHARLES PAVER, Appellee.

APPEAL FROM LA SALLE COUNTY COURT.

T. L. DICKEY, for Appellants.

B. C. COOK, for Appellee.

CATON, C. J. Precisely the same question arises in this case which is decided in the case of *Fleming* v. *Jencks, ante,* 475, and it must be decided in the same way. The order overruling the motion must be reversed, and the cause remanded, with the same directions as in that case.

*Judgment reversed.*